# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0735.  WILLIAMS v. THE STATE.**

Appellant Allen Deverna Williams and the Appellee State of Georgia have separately moved to transfer this appeal to the Supreme Court of Georgia because Williams was convicted at trial of malice murder and other offenses. As the death penalty may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See State v. Thornton, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984). Accordingly, the motions are hereby granted, and this appeal shall be transferred to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  12/04/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*